**Electronically Filed
Supreme Court
SCPW-20-0000186
20-APR-2020
09:36 AM**

SCPW-20-0000186

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GALINA OGEONE, Petitioner,

vs.

THE HONORABLE JEFFREY P. CRABTREE, Judge of the Circuit Court of the First Circuit, State of Hawai'i, Respondent Judge,

and

DENTIST LESLIE AU, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-18-0000449; CIV. NOS. 16-1-1347-7 and 16-1-1348-7)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Galina Ogeone's petition for writ of mandamus, filed on March 23, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that she has a clear and indisputable right to the requested relief and petitioner may seek relief, as appropriate, in CAAP-18-0000449. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawai'i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner

demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, April 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson